IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LANE BOURQUE | § | |
| VS. | § | CIVIL ACTION NO.  1:08-CV-52 |
| MITCH WOODS, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Lane Bourque, an inmate previously confined at the Jefferson County Correctional Facility, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Mitch Woods, J. Greene, Teriot, D. Cassidy, Dubois, E. Miller, Mintor, Turner, Fredrick, Mills, Malueaux, Catarez, Ortego, Albert, R. Noble, A. Noble, Seals, Stegal, Deshotel, LaDay, and Guiterriez.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends that the claims against Mitch Woods, J. Greene, Teriot, and Dubois be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e).

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.  Plaintiff filed an answer to the Report and Recommendation, in which he states that he does not object to the dismissal of defendants Woods, Greene, Teriot, and Dubois.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A partial judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 26 day of **January, 2009.**


Thad Heartfield
United States District Judge